**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 59 MAL 2020

Respondent

Petition for Allowance of Appeal
from the Order of the Superior Court

v.

ADAMIS ARIAS,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.